IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOANNA CASTRO, *PLAINTIFF* | § § § | |
| V. | § § | CIVIL NO. 5:18-CV-00312-DAE |
| ALBERT SALINAS, *DEFENDANT* | § § § | |

## AFFIDAVIT OF ALEJANDRO SALINAS

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF BEXAR | § |

Before me, the undersigned notary, on this day personally appeared Alejandro Salinas, a person whose identity is known to me. After being by me duly cautioned to tell the truth, subject to the penalties for perjury, he did affirm and testify as follows:

"My name is Alejandro Salinas. I am over the age of eighteen (18) years, am of sound mind, and am fully capable of making this affidavit. I am personally familiar with facts recited below, which are true and correct.

Currently, I hold the position of Police Officer for the City of Olmos Park Police Department ("OPPD"). I have held the position of Police Officer for OPPD for nine (9) months and have been in law enforcement since 2005. Attached hereto is a true and correct copy of documents reflecting Incident Reports prepared by me detailing my investigation and my findings; and one (1) CD reflecting two video recordings taken with my body camera and my dashboard camera on the evening of February 20, 2018. Of those records, attached hereto is a true and correct copy of eight (8) pages of documents and a compact disc of a digital recording reflecting:

**Exhibit B1:** Incident Report under Case No. 18-01784 regarding incidents occurring on February 20, 2018;
**Exhibit B2:** Incident Report under Case No. 18-01785 regarding incidents occurring on February 20, 2018;
**Exhibit B3:** Supplemental Incident Report under Case No. 18-01785 regarding incidents occurring on February 20, 2018; and
**Exhibit B4:** Video recording taken by the body camera I used while on shift on February 20, 2018.


Exhibit B

I operated the body camera and dashboard camera using a digital recording device, which accurately records and reproduces images, as is consistent with my operation of my police vehicle and body camera while I was on duty on February 20, 2018. The recording attached (Exhibit B4) has been preserved under the City of Olmos Park Police Department's custody and control as required by law and I attest that, based on my personal observations at the time of the accident, the recordings are true and correct recordings of the incident depicted."

Further Affiant sayeth not.

_____
ALEJANDRO SALINAS

SUBSCRIBED AND SWORN TO BEFORE ME on this 4th day of June, 2018, to certify which witness my hand and official seal.

KYNDRA MUNOZ
My Notary ID # 129635858
Expires November 22, 2021

_____
NOTARY PUBLIC, STATE OF TEXAS

## Incident Report #1 Continued

Page 2

| Olmos Park Police Department | Incident Classification<br>*Trespass License Holder-* | attempted | Case No.<br>*18-01784* |
|---|---|---|---|

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| *5'11"* | *250* | *Stocky* | *Blond* | *Blue* | |

| Driver's License | State | Social Security No. | Other ID | |
|---|---|---|---|---|
| *10562645* | *TX* | *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* | *(BCSO SID* | *) 1096870* |

**Narrative:**

(1). On 02/20/2018 at approximately 7:52pm I, Officer A. Salinas #341, was dispatched to the Shell located at 4302 McCullough Avenue in reference to a man with a gun. While in route dispatch advised me the man with the gun was arguing with the store manager and refused to leave the store.

(2). Upon my arrival the man with the gun was detained and identified as Jack Miller. (Jack Miller was yelling and cursing at Officers during this whole incident.) Jack Miller was advised he was being detained. He was handcuffed and his firearm was removed from his person. Dispatch was notified to conduct a wants and warrants on Jack Miller. Jack Miller was then placed in the rear seat of my marked patrol unit. Sergeant Ruiz remained with Jack Miller while I contacted the complainant.

(3). I contacted the complainant and identified him as Aamir Khan, the store manager. Aamir Khan told me Jack Miller began to argue with him. Aamir Khan told me he asked Jack Miller to leave his store, but Jack Miller refused. Aamir Khan told me he began to get nervous because he observed Jack Miller place his hand on the handle of his firearm several times. Aamir Khan told me even though Jack Miller had a shirt over his firearm he felt he could use it on him.

(4). Sgt. Ruiz interviewed Mr. Kahn and provided additional information regarding a second armed subject with a handgun. (See supplement by Sgt. H. Ruiz)

(5). I asked Aamir Khan if he wanted me to issue a criminal trespass notice on Jack Miller and he told me yes. Aamir Khan then filled out the criminal trespass notice. I returned back to my patrol vehicle and dispatch advised Jack Miller did not have any wants or warrants. I transported Jack Miller to the Olmos Park Police Department, where I issued him a criminal trespass notice. Jack Miller refused to sign the criminal trespass notice and advised it was still in effect regardless if he signed it or not.

(6). I removed one handcuff from Jack Millers' wrist because he had removed one cuff by himself with a possible hidden handcuff key. The ammunition was removed from his firearm. His firearm and ammunition was given back to him. I then returned to service.

Incident Report #1    END OF INCIDENT REPORT

Exhibit **B1**

03/06/2018 12:35:54.975

| Supplemental Report #1 Continued | | | Page 2 |
|---|---|---|---|
| Olmos Park Police Department | Incident Classification<br>*Trespass License Holder-* | attempted ☐ | Case No.<br>**18-01784** |

was visible on the subject's right hip.

4. Mr. Khan stated the handgun was clearly visible (also video surveillance available). Mr. Khan stated the store has a conspicuously displayed 30.07 sign posted at the front left entrance clearly visible to the public.

5. Mr. Kahn stated he immediately advised subject he could not be inside the store with the weapon exposed and that he had to leave. Subject covered the weapon but refused to leave and stayed to verbally argue with Mr. Kahn. After about a minute, subject exited the store, went to the outside of the front door, began to read the signs posted and then again came inside the business after he had been told to leave.

6. Mr. Kahn stated at this time he felt very nervous and afraid since subject was bigger in stature than complainant and was armed with a handgun. Subject continued to stay inside the business for approximately 2 more minutes. Subject continued to stay inside the store and then left as he was told by complainant he was on the phone with the police and also as a customer entered the store.

7. On 02/21/2018, I continued with a follow-up investigation. I contacted complainant Mr. Khan. I reviewed the video surveillance from the Shell close circuit TV equipment.

8. As I reviewed the video footage, subject was immediately identified. I have personal knowledge of the subject's identity since he was the focus of a "BOLO" from the City of Universal City Police Department. (see attached "BOLO"). Suspect identified as Todd Delane Ferguson DOB: 03/11/1963.

9. I clearly observed that the suspect was armed with a handgun on his right hip in an openly displayed manner as he enters the store, clearly violating the posted 30.07 sign.

10. Mr. Kahn stated he wanted to file charges for the offense. He signed a handwritten affidavit.

# Incident Report #1

Page 1

**Olmos Park Police Department**

Case No. **18-01785**

| Incident Type | Incident Classification #1 | attempted | Incident Classification #2 | attempted |
|---|---|---|---|---|
| Offense | Disorderly Conduct | ☐ | Criminal Trespass/Barring Notice | ☐ |

Responding To | Assignment

| Reported On | Date/Time | Occurred From | Date/Time | Occurred To | Date/Time | Beat of Occurrence | District |
|---|---|---|---|---|---|---|---|
| Tue | 02/20/2018 21:11 | Tue | 02/20/2018 21:11 | Tue | 02/20/2018 21:38 | North | |

| Dispatch Time | Arrived Time | Cleared Time | Report Date | Report Time | Estimated Total Property Loss |
|---|---|---|---|---|---|
| 21:11 | 21:27 | 21:38 | 02/20/2018 | 21:41 | |

**Primary Charge**
42.01(a)(7)(8) DISORDERLY CONDUCT DISCHARGE/DISPLAY FIREARM

UCR/NIBRS Code

**Additional Charges**
30.05(a) CRIMINAL TRESPASS

**Location of Incident**
4300 McCullough AVE, Olmos Park, TX 78212

Location Name (If applicable)

Entry Point | Method | Weapon/Tool/Force Used | Security | Evidence

Type of Premise (For Vehicles State Where Parked)

**Related Case No.'s**
18-01784

**Officer Involved**
B. Schumacher 324

**Suspects**

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| AP-1 | Miller, Jack Edward | M | W-White/Not Hispanic | 06/28/1972 45 |

| Confidentiality | Address: Street, City, State, ZIP | Phone |
|---|---|---|
| ☐ | 4839 Dick Gordon, San Antonio, TX 78219 | |

| Place of Employment / School/ Address | Occupation | Employer Phone |
|---|---|---|
| | unk | |

**Charge**
42.01(a)(7)(8) DISORDERLY CONDUCT DISCHARGE/DISPLAY FIREARM

| Charge Level | UCR Code | NIBRS Code | NCIC Code | State Code |
|---|---|---|---|---|
| Misdemeanor - Class B | | 90C | 5311 | 0003 |

| Warrant # | Court | Judge | Bail |
|---|---|---|---|

**Charge**
30.05(a) CRIMINAL TRESPASS

| Charge Level | UCR Code | NIBRS Code | NCIC Code | State Code |
|---|---|---|---|---|
| Misdemeanor - Class B | | 90J | 5707 | 0010 |

| Warrant # | Court | Judge | Bail |
|---|---|---|---|

| Citation # | Date | Time | Booking # | Date | Time |
|---|---|---|---|---|---|
| | | | 18-01785 | 02/20/2018 | 21:11 |

**Arrest Location**
4300 McCullough AVE, Olmos Park, TX 78212

| Private Person Arrest | Statement | Charges | Suspect Armed With |
|---|---|---|---|
| ☐ Yes ☐ No | ☐ Oral ☐ Written | ☐ Admitted ☐ Denied | Rifle |

| Juv. Parent/Gdn. Notified | Name/Relationship of Person Notified | Date & Time Notified | Notified By | Disposition of Juvenile/Adult |
|---|---|---|---|---|
| ☐ Yes ☐ No | | | | |

| I.D. No./Name of Reporting Officer | Approval | Date/Time | Distribution |
|---|---|---|---|
| 241 - Salinas, Alejandro | | | CID |

RECORDS

Incident Report #1 | Exhibit **B2** | 03/02/2018 12:29:04.587

# Incident Report #1 Continued

Page 2

**Olmos Park Police Department**

| Incident Classification | attempted | Case No. |
|---|---|---|
| Disorderly Conduct | ☐ | 18-01785 |

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'09" | 250 | Stocky | Bald | Blue | |

| Driver's License | State | Social Security No. | Other ID |
|---|---|---|---|
| 04702507 | TX | | |

### Victims/Witnesses/Other

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| C-3 | ■■■■■■■■■■ | ■ | ■■■■■■■■ | ■■■■■■■ |

| Confidentiality | Address: Street, City, State, ZIP | Phone |
|---|---|---|
| ☐ | ■■■■■■■■■■■■■■■■ | |

| Place of Employment / School/ Address | Occupation | Employer Phone |
|---|---|---|
| | unk | |

**Additional Phones**
■■■■■■■■■■

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | |

| Driver's License | State | Social Security No. | Other ID |
|---|---|---|---|
| ■ | ■ | | |

---

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| C-2 | Walker, Theresa | F | W-White/Hispanic Origin | 06/18/1967  50 |

| Confidentiality | Address: Street, City, State, ZIP | Phone |
|---|---|---|
| ☐ | | |

| Place of Employment / School/ Address | Occupation | Employer Phone |
|---|---|---|
| Shell Gas Station  4302 McCullough, Olmos Prk, TX  78212 | clerk | (210) 930-1118 |

**Additional Phones**
(Cell-) (210) 810-6391

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| | | | | | |

| Driver's License | State | Social Security No. | Other ID |
|---|---|---|---|
| | | | |

---

| Code | Name: Last, First, Middle | Sex | Race/Ethnicity | Date of Birth/Age |
|---|---|---|---|---|
| C-1 | Khan, Aamir | M | U-Unknown | 05/13/1990  27 |

| Confidentiality | Address: Street, City, State, ZIP | Phone |
|---|---|---|
| ☐ | 8631 Fairhaen ST #10822, San Antonio, TX  78229 | |

| Place of Employment / School/ Address | Occupation | Employer Phone |
|---|---|---|
| | | |

| Additional Address | Address Type |
|---|---|
| 4302 McCullough, Olmos Park, Tx  78212 | Work Address |

**Additional Phones**
(Business-Phone) (210) 930-1118, (Cell-) (210) 763-3171

| Height | Weight | Build | Hair | Eyes | Descriptors |
|---|---|---|---|---|---|
| 5'07" | 160 | Normal | Brown | BRO - Brown | |

| Driver's License | State | Social Security No. | Other ID |
|---|---|---|---|
| | | | (Other          ) IAA1519185-234 |

| Relation to Suspect | Victim of | Ofndr. # |
|---|---|---|
| Stranger | Offns. # 30.05(a) CRIMINAL TRESPASS | AP-1 |

---

Incident Report

CONTINUED ON NEXT PAGE

03/02/2018 12:29:05.163

# Incident Report #1 Continued

| Olmos Park Police Department | Incident Classification: Disorderly Conduct | attempted: ☐ | Case No. 18-01785 |

**Property**

| Item # | Status/Custodial Status/Condition | Qty./Cst. Qty./Cnd. Qty. | Units | Total Value |
|---|---|---|---|---|
| 2279 | Seized/Evidence/As described by owner | 1/1/1 | | |

| Description | Item/ Category |
|---|---|
| Black Handgun with 13 rounds | Firearms |

| Brand | Model | Serial Number | Owner Assigned Number |
|---|---|---|---|
| Taurus | PT111 G2 | TJX15384 | |

| Caliber | Barrel Length | Action | Finish |
|---|---|---|---|
| 9mm | | Semi | Black |

| Owner | Received From | Current Location |
|---|---|---|
| Miller, Jack Edward | | Evidence Locker |

| Item # | Status/Custodial Status/Condition | Qty./Cst. Qty./Cnd. Qty. | Units | Total Value |
|---|---|---|---|---|
| 2280 | Seized/Evidence/As described by owner | 1/1/1 | | |

| Description | Item/ Category |
|---|---|
| Black Rifle | Firearms |

| Brand | Model | Serial Number | Owner Assigned Number |
|---|---|---|---|
| Stag Arms | Stag - 15 | 209804 | |

| Caliber | Barrel Length | Action | Finish |
|---|---|---|---|
| .556 | | Semi | Black |

| Owner | Received From | Current Location |
|---|---|---|
| Miller, Jack Edward | | Evidence Locker |

(1). On 02/20/2018 at approximately 9:11pm Olmos Park Police Officers were dispatch to the 4300 block of McCullough Avenue in reference to a male with a long rifle. Dispatch advised Olmos Park Police Officers that she had received several calls about the male with a rifle and was continuing to receive more. As Officer B. Schumacher #324, was leaving the police department, a female who later identified as ▮▮▮▮▮▮▮ DOB: ▮▮▮▮▮, told him in a frantic voice there was man with a rifle on McCullough Avenue across from the Shell. I then asked ▮▮▮▮▮▮▮ if this caused her to fear for her safety and she told me yes, especially because she had her son with her.

(2). Officer B. Schumacher and I then drove to the 4300 block of McCullough Avenue in our marked patrol vehicle with caution. (We approached in a tactical manner and with greater caution, more so than normal, because there was a mass shooting in a restaurant in San Antonio and several persons were injured/killed this weekend and on February 14, 2018 less than a week ago over 16 children were killed in Florida with a person with rifle.)

(3). We exited our marked patrol vehicle with our AR15 patrol rifles. Officer B. Schumacher told the white male who I knew to be **Jack Edward Miller (from previous police encounters and "Use Caution "reports)** to get on the ground. At a previous call this evening (case # 18-01784) 19:52 hours, I responded to a call of a male with a handgun inside the Shell gas station located at 4302 N. McCullough. That male was identified as **Jack Edward Miller**. During the encounter, Mr. Miller was extremely belligerent to police and to the store clerk idenitified as Aamir Khan. The store clerk stated he was fearing for his safety since he had seen Mr. Miller keep reaching and touching his handgun through his outer clothing.

(4). Mr. Miller was standing in the parking of lot Lin Marche located 4307 McCullough. (**This Is a Olmos Park City**

| Incident Report #1 Continued | | | Page 4 |
|---|---|---|---|
| Olmos Park Police Department | Incident Classification<br>*Disorderly Conduct* | attempted ☐ | Case No.<br>*18-01785* |

*rdinance violation Being in or about a public or private building in the nighttime (Sec 24-211)*. As I approached, a female had something in her hand. As I walked closer to her, I observed it was camera. I told her several times to get back and she complied.

(5). I then placed two pairs of handcuffs on Mr. Miller and double locked them and removed his AR-15 rifle (Stag Arms Serial #209804) and handgun (Taurus Millennium 9mm Serial # TJX15384). I checked the AR-15 and it was unloaded. The Taurus handgun had a loaded magazine with 12 live rounds (Hornady Luger 9mm) and one chambered round.

(6). Officer Schumacher placed Mr. Miller in the rear seat of my marked patrol and I secured his AR-15 rifle and Taurus handgun in the front seat of my marked patrol vehicle. I then transported Mr. Miller to the Olmos Park Police Department, where he was advised he was under arrest for Disorderly Conduct-Weapon and placed in a holding cell. Mr. Miller calculated and planned or contrived so as to accomplish a purpose or to achieve an effect. This was evident because Alamos Heights dispatch received numerous 911 calls regarding this male with a rifle in a public area. Also a private citizen ▊▊▊▊▊▊▊▊ in no relation to Miller, stopped to report she was in fear for her safety as well as her child's safety when she saw this individual standing outside with a rifle.

(7). Olmos Police Officers were then dispacthed to the Shell located at 4302 McCullough. Upon my arrival I observed Mr. Khan, the store clerk having a panic attack. Mr. Khan stated Mr. Miller was standing across the street with a rifle in front of him and was continuously looking at him. Mr. Kahn stated he feared for his life so he called the police.  Mr. Khan even closed his store early and had to be driven home because, of nervousness. While conducting my investigation I learned Mr. Khan told Sgt. Investigator Ruiz that he told Mr. Miller to leave his store several times, when e observed Mr. Miller grabbing and touching his gun through his outer clothes. This gesture made Mr. Khan very nervous and fearful for life. **Mr. Miller became very belligerent and would not leave even after he was told several times.** Mr. Miller finally left the store when he observed a police vehicle drive up. (Case #18-01784).

(8). Mr. Miller's weapons were logged into evidence and secured in evidence locker #3.  Handgun was logged under log #2279 and rifle log # 2280. While in the cell, Mr. Miller stated he needed medical attention because his blood sugar was high.

(9).  Alamo Heights EMS arrived a short time later and treated him. Jack Edward Miller was later transported to Metropolitan Methodist Emergency where he was treated and released. Mr. Miller was later transported to the Magistrates Office located 401 S. Frio Street and booked on the following charges:

**\*\* (1)  Disorderly Conduct— Weapon   Texas Penal Code 42.01  Class "B" Misdemeanor**
    **(A). person commits an offense if he intentionally or knowingly:**
    **(8). Displays a firearm or other deadly weapon in a public place in a manner calculated to alarm**

**\*\*(2).  Criminal Trespass - Property Texas Penal Code 30.05 Class "B" Misdemeanor**

### Incident Report #1 Continued

Page 5

| Olmos Park Police Department | Incident Classification<br>*Disorderly Conduct* | attempted<br>☐ | Case No.<br>*18-01785* |

hen returned to service.

I was wearing body camera #1 and I was driving patrol unit #903.



Incident Report #1 — END OF INCIDENT REPORT

03/02/2018 12:29:05.258

## Supplemental Report #3

Page 1

### Olmos Park Police Department

| Case No. |
|---|
| 18-01785 |

| Report Purpose | Reported On Date | Time | Incident Classification | attempted |
|---|---|---|---|---|
| | Tue  02/20/2018 | 21:11 | Disorderly Conduct | ☐ |

| Dispatch Time | Arrived Time | Cleared Time | Report Date | Report Time |
|---|---|---|---|---|
| 21:11 | 21:27 | 21:38 | 04/23/2018 | 11:26 |

Primary Charge
**42.01(a)(7)(8) DISORDERLY CONDUCT DISCHARGE/DISPLAY FIREARM**

UCR/NIBRS Code

Additional Charges
**30.05(a) CRIMINAL TRESPASS, 38.15(b) INTERFER W/PUBLIC DUTIES**

Estimated Total Property Loss

**Narrative**

On 04/23/2018 at approximately 11:23am I, Officer A. Salinas observed an error on my report. On paragraph #4, the last sentence should have read "I told her several times to get back and she *did not comply*." I instead of reading *"she complied."*

Exhibit **B3**

| I.D. No./Name of Reporting Officer | Approval | Date/Time | Distribution |
|---|---|---|---|
| #341 - Salinas, Alejandro | | | |
| | | | Supervisor |

RECORDS   DISTRIBUTION DATE ____ BY ____

Supplemental Report #3

04/23/2018 11 35 48 334

THE VIDEO AND AUDIO RECORDINGS WILL BE MAILED UNDER SEPARATE COVER



DNRB&Z
Joanna Castro v. Albert Salinas
#45233
6/5/18 PB/MG/MH

Civil Action No. 5:18-CV-00312-DAE
12B6 Motion Exhibits A-D