IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOANNA CASTRO, <br> *PLAINTIFF* | § <br> § <br> § | |
| V. | § <br> § | CIVIL NO. 5:18-CV-00312-DAE |
| ALBERT SALINAS, <br> *DEFENDANT* | § <br> § <br> § | |

### AFFIDAVIT OF DIANE GONZALES

| | |
|---|---|
| STATE OF TEXAS | § <br> § |
| COUNTY OF BEXAR | § |

BEFORE ME, the undersigned authority, on this day personally appeared Diane Gonzales who, being by me duly sworn, deposed as follows:

"My name is Diane Gonzales. I am over the age of twenty-one (21) years, am of sound mind and am fully capable of making this affidavit. The testimony recited below is within my personal knowledge and is true and correct.

I hold the position of City Secretary with the City of Olmos Park, Texas ("City"). I have held this position since September 19, 2014. In my capacity as City Secretary, I am the custodian of records for the City and am familiar with the current lawsuit filed by Joanna Castro. Attached hereto are one (1) page of records consisting of the City Council approved Ordinance section 24-211 entitled, "Being in or about a public or private building in the nighttime." These records are kept in the regular course of business of the City, and it was in the regular course of business of the City for an employee or representative of the City with knowledge of the act, event, condition, opinion recorded to make the record or to transmit information thereof to be included in such record and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the originals or exact duplicates of the originals."

Further affiant sayeth naught.

_____
DIANE GONZALES

Exhibit **D**

Affidavit of Diane Gonzales                                                      Page 1 of 2

 SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority on this 4th day of June, 2018, to certify which witness my hand and official seal.

Kyndra Munoz
Notary Public, State of Texas

(S E A L)



KYNDRA MUNOZ
My Notary ID # 129635858
Expires November 22, 2021

Sec. 24-211. - Being in or about a public or private building in the nighttime.

It shall be unlawful for any person within the city to be in or about public or private building or premises in the nighttime without permission and without being able to give a satisfactory reason for his presence.

(Code 1985, § 27.200)