**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOANNA CASTRO,** *PLAINTIFF* | § § § | |
| **V.** | § § | **CIVIL NO. 5:18-CV-00312-DAE** |
| **ALBERT SALINAS,** *DEFENDANT* | § § § | |

## ORDER ON DEFENDANT'S MOTION TO DISMISS UNDER RULE 12(b)(6)

On this day the Court considered Defendant SALINAS' Motion To Dismiss under Rule 12(b)(6). The Court, having considered the pleadings, finds that Defendant's Motion should be granted.

IT IS THEREFORE ORDERED that Defendant's Motion To Dismiss under Rule 12(b)(6) is GRANTED. Plaintiff's claims are dismissed with prejudice.

SIGNED this _____ day of _____, 2018.

_____
U.S. DISTRICT JUDGE