IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOANNA CASTRO, | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | CIVIL NO. 5:18-CV-00312-DAE |
| | § | |
| ALBERT SALINAS, | § | |
| DEFENDANT | § | |

## AFFIDAVIT OF COLEEN FERRUZZI

STATE OF TEXAS §
§
COUNTY OF BEXAR §

Before me, the undersigned notary, on this day personally appeared Colleen Ferruzzi, a person whose identity is known to me. After being by me duly cautioned to tell the truth, subject to the penalties for perjury, she did affirm and testify as follows:

"My name is Collen Ferruzzi. I am over the age of eighteen (18) years, am of sound mind, and am fully capable of making this affidavit. I am personally familiar with facts recited below, which are true and correct.

Currently, I hold the position of Dispatch Supervisor for the City of Alamo Heights Police Department. I have held this position since March 19, 2018 and have continuously served the Alamo Heights Police Department since January 11, 2013. After the City of Olmos Park's regular business hours of 8:30 a.m. to 5:00 p.m., emergency and non-emergency calls are forwarded to the dispatchers of the City of Alamo Heights for handling and to initiate response. The attached recordings of 911 calls I received on February 20, 2018, as part of my job duties as a dispatcher reflect the routine activities of the dispatcher's office for the City of Alamo Heights Police Department as required by City ordinance and state law.

Attached hereto is a true and correct copy of two (2) audio recordings on one (1) CD reflecting 911 emergency calls I received from Aamir Khan, manager of the Shell station located at 4302 McCullough Avenue, Olmos Park, Bexar County, Texas to the Olmos Park Police Department on the evening of February 20, 2018, as follows:



**A1:** First 911 audio recording of Aamir Khan, dated February 20, 2018; and

**A2:** Second 911 audio recording of Aamir Khan, dated February 20, 2018.

I am the custodian of the attached audio recordings and they are true and correct copies of the originals.

Further Affiant sayeth not"

_____
COLLEN FERRUZZI

SUBSCRIBED AND SWORN TO BEFORE ME on this 04 day of June, 2018, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC, STATE OF TEXAS

GINGER G LEAL
Notary Public
STATE OF TEXAS
My Comm. Exp. 02/06/2020
ID# 130527223

THE VIDEO AND AUDIO RECORDINGS WILL BE MAILED UNDER SEPARATE COVER

DNRB&Z
Joanna Castro v. Albert Salinas
#45233
7/2/18 PB/AR/MG/MH

Civil Action No. 5:18-CV-00312-DAE
12(B)(6) Motion Exhibits A-D