

Millie Thompson <millieaustinlaw@gmail.com>

---

## Castro v. Salinas 5:18-cv-312-DAE
2 messages

---

**Millie Thompson** <millieaustinlaw@gmail.com>   Mon, Jun 11, 2018 at 2:53 PM
To: patrick.bernal@rampage-sa.com

Hi Patrick,

Can we phone conference on a scheduling order? I'm attaching the form for Judge Ezra.

Please alert me if there is a paralegal I should add to these communications.

--
In Resistance,

*Millie L. Thompson, Attorney*
Phone: (512) 293-5800   *   Fax: (512) 682-8721
Please Note Our New Address: 1411 West Avenue, Ste. 100, Austin, Texas 78701
**Privileged Attorney-Client Communication and/or Attorney Work Product**

---

 **Proposed Scheduling Order in Civil Case 040114.pdf**
17K

---

**Patrick Bernal** <patrick.bernal@rampage-sa.com>   Tue, Jun 12, 2018 at 8:22 AM
To: Millie Thompson <millieaustinlaw@gmail.com>
Cc: Adolfo Ruiz <adolfo.ruiz@rampage-sa.com>, Marlena Guajardo <marlena.guajardo@rampage-sa.com>, MaryAnn Hernandez <maryann.hernandez@rampage-sa.com>

Ms. Thompson,

I am including my litigation team on this email, if you don't mind adding to your email and electronic filing service list.

At this time, I believe discussion of a scheduling order is premature since I have not filed an answer on behalf of my client and I am not sure what, if any, claim will remain after the Court determines the motion to dismiss.

Patrick C. Bernal

Denton, Navarro, Rocha, Bernal & Zech, P.C.

2517 N. Main Ave.

San Antonio, Texas 78212

(210) 227-3243

(210) 225-4481 Fax

Patrick.Bernal@rampage-sa.com

CONFIDENTIALITY NOTICE

This transmission is intended for the individual or entity to which it is addressed, and may be information that is PRIVILEGED AND CONFIDENTIAL. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, and have received this information in error, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

**From:** Millie Thompson [mailto:millieaustinlaw@gmail.com]
**Sent:** Monday, June 11, 2018 2:53 PM
**To:** Patrick Bernal <patrick.bernal@rampage-sa.com>
**Subject:** Castro v. Salinas 5:18-cv-312-DAE

[Quoted text hidden]