IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOANNA CASTRO, *PLAINTIFF* | § § § | |
| V. | § § | CIVIL NO. 5:18-CV-00312-DAE |
| ALBERT SALINAS, *DEFENDANT* | § § § | |

## ALTERNATIVE DISPUTE RESOLUTION REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant SALINAS ("Salinas") files this Alternative Dispute Resolution Report pursuant to this Court's Scheduling Order, dated August 2, 2018. [Docket No. 10].

1. Counsel for Defendant informed the client of the alternative dispute resolution procedures available in the Western District of Texas.

2. Plaintiff submitted a written settlement offer to Defendant on August 30, 2018. Defendant's attorneys, Patrick Bernal and Adolfo Ruiz, on behalf of Defendant responded to Plaintiff's demand on August 31, 2018.

3. The individuals responsible for settlement negotiations on behalf of Defendant are Patrick Bernal and Adolfo Ruiz.

4. Defendant recognizes ADR methods approved by this Court, but at this time, believes alternative dispute resolution is premature based on the Court's ruling on Defendant's 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. 5] as well as incomplete discovery. Mediation may be appropriate at a later stage in these proceedings, after appropriate discovery and further case development.

Signed this 20th day of September, 2018.

                                  Respectfully submitted,

                                  DENTON NAVARRO ROCHA BERNAL & ZECH
                                  A Professional Corporation
                                  2517 N. Main Avenue
                                  San Antonio, Texas 78212
                                  Telephone:  (210) 227-3243
                                  Facsimile:   (210) 225-4481
                                  patrick.bernal@rampage-sa.com
                                  adolfo.ruiz@rampage-sa.com

BY: _____
                      PATRICK C. BERNAL
                      State Bar No. 02208750
                      ADOLFO RUIZ
                      State Bar No. 17385600
                      ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure on this 20th day of September, 2018, to the following:

Millie L. Thompson                               **E-NOTIFICATION**
Law Office of Millie L. Thompson
1411 West Ave., Ste. 100
Austin, Texas  78701

_____
PATRICK C. BERNAL
ADOLFO RUIZ

F:\Castro, J v Salinas TML (45233)\Pleadings\Drafts\Def ADR Report 2018 0920.doc