IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOANNA CASTRO,
*PLAINTIFF*

V.

Case No. 5:18-CV-312-DAE

ALBERT SALINAS,
*DEFENDANT*

## **PLAINTIFF'S ADR REPORT – PER LOCAL RULE CV-88**

TO THE HONORABLE DISTRICT COURT JUDGE EZRA:

Now comes Plaintiff, Joann Castro, and provides this ADR Report, consistent with Local Rule CV-88, and would show as follows:

1. The status of settlement negotiations: Plaintiff has made an offer of settlement. Defendant has declined the offer. No counter-offer has been made.

2. Persons responsibility for settlement negotiations: Millie Thompson as Plaintiff's agent, and P. Bernal as Defendant's agent.

3. Evaluation of the propriety of ADR in this case: Plaintiff is not moving for mediation at this time. She would ask that if at any point the Court order mediation, that the order be for a half-day mediation, rather than a full day, and that the Order include a requirement that opposing counsel make some offer of settlement before the date of mediation.

1

Respectfully Submitted,
PLAINTIFF

By:
/s/  *Millie L. Thompson*
Millie L. Thompson
Texas State Bar Number:  24067974
*The Law Office of Millie L. Thompson*
1411 West Ave., Ste. 100
Austin, Texas 78701
Telephone: (512) 293-5800
Fax: (512) 682-8721
Email: millieaustinlaw@gmail.com

**Certificate of Service**

I, Millie Thompson, do hereby certify that on this the 20th day of September 2018, a true and correct copy of this Plaintiff's Initial Disclosures was served on all parties of record via email to

Denton Navarro Rocha Bernal & Zech
2517 N. Main Ave.
San Antonio, TX 78212
(210) 227-3243
F (210) 225-4481
Patrick.bernal@rampage-sa.com
Adolfo.ruiz@rampage-sa.com

/s/  *Millie L. Thompson*
Millie Thompson, Plaintiff's Attorney