IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOANNA CASTRO, | § | |
| *PLAINTIFF* | § | |
| | § | |
| V. | § | CIVIL NO. 5:18-CV-00312-DAE |
| | § | |
| ALBERT SALINAS, | § | |
| *DEFENDANT* | § | |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND
### DEFENDANT'S DEADLINE TO FILE ORIGINAL ANSWER

COMES NOW Defendant SALINAS ("Defendant") and, in the above numbered and entitled cause of action, and hereby files this Unopposed Motion to Extend Defendant's Deadline to file his Original Answer, and would respectfully show the following:

**I.**
**Background**

1.      Plaintiff filed her Original Complaint on April 26, 2018.  [Dkt. 1].

2.      Subsequent to Defendant Salinas filing a Motion to Dismiss [Dkt 3], Plaintiff filed an Amended Complaint.  [Dkt.4].

3.       On July 2, 2018, Defendant filed a Motion to Dismiss Plaintiff's Amended Complaint [Dkt. 5].

4.      The parties held a Rule 26(f) conference and filed their Joint Report and Proposed Scheduling Order on July 27, 2017 [Dkt. 9].  The Scheduling Order was entered on August 2, 2018. [Dkt. 10].

5.      On December 17, 2018, the Court issued its ruling, denying Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.  [Dkt. 13].

6.     Defendant is requesting an additional extension of approximately ten (10) days to January 9, 2019, not for delay, but only for good cause.  Due to the fact that the Court's ruling on Defendant's Motion to Dismiss recently occurred on December 17, 2018, and staff shortages during the Christmas and New Year's season, Defendant's undersigned counsel would request additional time to file Defendant's Original Answer.

7.     Therefore, Defendant requests an extension until January 9, 2019 to file Defendant's Original Answer to Plaintiff's First Amended Original Complaint.

8.     This is request for additional time is not sought for purposes of delay, but to see that justice is done.

## II.
## AUTHORITY

9.     Federal Rule of Civil Procedure 6 provides that when an act may or must be done within a specified time, the court may, for good case, extend the time (a) with or without motion or notice, if the Court acts, or if a request is made, before the original time or its extension expires.  *See* Rule 5(b), Fed. R. Civ. Proc.

## CERTIFICATE OF CONFERENCE

10.     The undersigned conferred with Plaintiff's counsel via email correspondence on December 18, 2018.  **Exhibit A.**   Plaintiff's Counsel agreed to the extension.

_____
ADOLFO RUIZ

## III.
## CONCLUSION

For these reasons, Defendant asks the Court to enlarge the time to file his Original Answer to Plaintiff's First Amended Original Complaint until January 9, 2018.

SIGNED this _____ day of December, 2018.

Respectfully submitted,

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
Telephone:     (210) 227-3243
Facsimile:     (210) 225-4481
patrick.bernal@rampage-sa.com
adolfo.ruiz@rampage-sa.com

BY:     _____
        PATRICK C. BERNAL
        State Bar No. 02208750
        ADOLFO RUIZ
        State Bar No. 17385600
        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure on this _____ day of December, 2018, to the following:

Millie L. Thompson                          **E-NOTIFICATION**
Law Office of Millie L. Thompson
1411 West Ave., Ste. 100
Austin, Texas  78701

_____
PATRICK C. BERNAL
ADOLFO RUIZ

F:\Castro, J v Salinas TML (45233)\Pleadings\Drafts\Def Mtn to Extend Answer Ddln 2018 1218.docx