**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOANNA CASTRO,** § | | |
| *PLAINTIFF* § | | |
| § | | |
| **V.** § | | **CIVIL NO. 5:18-CV-00312-DAE** |
| § | | |
| **ALBERT SALINAS,** § | | |
| *DEFENDANT* § | | |

**ORDER ON DEFENDANT'S MOTION TO ENLARGE TIME**

After considering Defendant Salinas' Unopposed Motion to Enlarge Time to file his Original Answer to Plaintiff's First Amended Original Complaint, the Court hereby grants the Unopposed Motion to Enlarge Time and extends the deadline for Defendant Salinas to file his Original Answer to Plaintiff's First Amended Original Complaint to January 9, 2019.

SIGNED on this ___ day of _____, 201___.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE