IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOANNA CASTRO,<br>*PLAINTIFF* | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL NO. 5:18-CV-00312-DAE |
| ALBERT SALINAS,<br>*DEFENDANT* | §<br>§<br>§ | |

## ORDER GRANTING JOINT MOTION
## TO EXTEND SCHEDULING ORDER DEADLINES

After considering the Joint Motion for Leave to Extend Scheduling Order Deadlines, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the Scheduling Order deadlines are extended as follows:

a.  Defendant's deadline to designate testifying experts and shall serve on all parties, but not file materials required by Fed. R. Civ. P. 26(a)(2)(B), from December 21, 2018 to January 22, 2019;

b.  The deadline for the completion of all discovery is extended from February 28, 2019 to April 1, 2019.

c.  The deadline to file dispositive motions is extended from May 1, 2019 to June 1, 2019.

SIGNED this 19 day of December, 2018.

DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE