**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOANNA CASTRO,** § | | |
| *PLAINTIFF* § | | |
| § | | |
| **V.** § | | **CIVIL NO. 5:18-CV-00312-DAE** |
| § | | |
| **ALBERT SALINAS,** § | | |
| *DEFENDANT* § | | |

**ORDER ON DEFENDANT'S MOTION TO ENLARGE TIME**

After considering Defendant Salinas' Unopposed Motion to Enlarge Time to file his Original Answer to Plaintiff's Second Amended Original Complaint, the Court hereby grants the Unopposed Motion to Enlarge Time and extends the deadline for Defendant Salinas to file his Original Answer to Plaintiff's Second Amended Original Complaint to February 18, 2019.

SIGNED on this ___ day of _____, 2019.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE