IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOANNA CASTRO,
*PLAINTIFF*

V.                                        Case No. 5:18-CV-312-DAE

ALBERT SALINAS, et al.
*DEFENDANTS*

### ORDER ON
### PLAINTIFF'S MOTION TO EXTEND TIME TO FILE RESPONSE
### TO DEFENDANTS' FRCP RULE 12(B)(6) MOTION TO DISMISS

Came on to be heard Plaintiff's Motion to Extend Time to File a Response to Defendants' Motion to Dismiss filed on February 15, 2019. Having reviewed the pleadings and law, the Court is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Response to the Defendants' Motion to Dismiss is due on **March 15, 2019**.

Signed_____, 2019.

_____
HONORABLE JUDGE, PRESIDING

1