**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOANNA CASTRO,** *PLAINTIFF* | § § § | |
| **V.** | § § | **CIVIL NO. 5:18-CV-00312-DAE** |
| **ALBERT SALINAS,** *DEFENDANT* | § § § | |

**ORDER ON DEFENDANT'S MOTION TO ENLARGE TIME**

After considering Defendants RENE VALENCIANO ("Valenciano") and the CITY OF OLMOS PARK's ("City") (collectively referred to as "Defendants") Unopposed Motion to Enlarge Time to file their Reply to Plaintiff's Response to Defendants' Motion to Dismiss Added Defendants in Plaintiff's Second Amended Complaint, the Court hereby grants the Unopposed Motion to Enlarge Time and extends the deadline for Defendants to file their Reply to Plaintiff's Response to Defendants' Motion to Dismiss Added Defendants in Plaintiff's Second Amended Original Complaint to April 3, 2019.

SIGNED on this ___ day of _____, 2019.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE