| | |
|---|---|
| **From:** | Millie Thompson |
| **To:** | Marlena Guajardo |
| **Cc:** | Adolfo Ruiz; Cindy Olivarri; Patrick Bernal |
| **Subject:** | Re: Castro v Olmos Park - Mtn to extend Sch Order Ddlns |
| **Date:** | Tuesday, March 26, 2019 1:47:59 PM |

Yes, ma'am, you have authority to sign for me. MLT

On Tue, Mar 26, 2019 at 1:43 PM Marlena Guajardo <marlena.guajardo@rampage-sa.com>
wrote:

> Ms. Thompson:
>
> Pursuant to your conversation with Adolfo on March 20, 2018, attached herein is a Joint
> Motion to Extend Scheduling Order Deadlines and proposed Order for your review.
>
> If they meet with your approval, please sign and return. Or, if you prefer, please advise if
> we can sign for you with permission.
>
> Thank you. Should you have any questions, please do not hesitate to call.
>
> Marlena Guajardo
>
> Paralegal
>
> Denton Navarro Rocha Bernal & Zech
>
> A Professional Corporation
>
> 2517 N. Main Avenue
>
> San Antonio, Texas  78212
>
> (210) 874-6512  Direct
>
> (210) 227-3243  Telephone
>
> (210) 225-4481  Facsimile
>
> CONFIDENTIALITY STATEMENT
>
> This message is sent by a law firm and may contain information that is privileged or



Exhibit

A

confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

--

In Resistance,

*Millie L. Thompson, Attorney*
Phone: (512) 293-5800  *  Fax: (512) 682-8721
Please Note Our New Address: 1411 West Avenue, Ste. 100, Austin, Texas 78701
**Privileged Attorney-Client Communication and/or Attorney Work Product**