**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOANNA CASTRO,** | § | |
| *PLAINTIFF* | § | |
| | § | |
| V. | § | CIVIL NO. 5:18-CV-00312-DAE |
| | § | |
| **ALBERT SALINAS,** | § | |
| *DEFENDANT* | § | |

## ORDER GRANTING JOINT MOTION
## TO EXTEND SCHEDULING ORDER DEADLINES

After considering the parties Joint Motion for Leave to Extend Scheduling Order Deadlines, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the Scheduling Order deadlines are extended as follows:

a. The parties shall file all motions to amend or supplement pleadings or to join additional parties from December 19, 2018 to **May 31, 2019**;

b. Plaintiff's deadline to designate testifying experts and shall serve on all parties, but not file materials required by Fed. R. Civ. P. 26(a)(2)(B), from November 16, 2018 to **May 31, 2019**;

c. Defendant's deadline to designate testifying experts and shall serve on all parties, but not file materials required by Fed. R. Civ. P. 26(a)(2)(B), from January 22, 2019 to **June 30, 2019;**

e. The deadline for the completion of all discovery is extended from April 1, 2019 to **July 31, 2019.**

f. The deadline to file dispositive motions is extended from June 1, 2019 to **August 30, 2019.**

SIGNED this _____ day of _____, 2019.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE