

**San Antonio l Austin l Rio Grande Valley**
2517 N. Main Avenue l San Antonio, Texas 78212-4685
V 210-227-3243 l F 210-225-4481

June 28, 2019

Senior U.S. District Judge David A. Ezra
655 E. Cesar E. Chavez Blvd.,
San Antonio, TX 78206

Re: *Joanna Castro v. Albert Salinas, et al Case No. 5:18-CV-312-DAE (Western District of Texas, San Antonio Division)*

To Whom It May Concern:

I will be on vacation from Monday, July 1, 2019 through Saturday, July 6, 2019. As a matter of professional courtesy, I request that you avoid scheduling any matters in the above-referenced case on any of these dates and that no discovery, motions, pleadings or other instruments be filed or served when required a response to be filed during this period or immediately thereafter. Additionally, please avoid scheduling anything of significance during the last couple of days prior to the inception of my vacation.

I am copying counsel and notifying them of this request. I hereby request that counsel contact my office about any scheduling issues resulting from this notice that need to be addressed.

Should you have any questions, please do not hesitate to contact me. Thank you in advance for your professional courtesy in this matter.

Very truly yours,

Denton Navarro Rocha Bernal & Zech
A Professional Corporation

　　　/s/ *Adolfo Ruiz*
ADOLFO RUIZ
State Bar No. 17385600
adolfo.ruiz@rampage-sa.com

AR/

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record electronically through the electronic filing manager or, in person, mail, by commercial delivery service, by facsimile or email on the 28th day of June, 2019.

| | |
|---|---|
| Millie L. Thompson<br>Law Office of Millie L. Thompson<br>1411 West Ave., Ste. 100<br>Austin, Texas  78701 | **E-FILE NOTIFICATION** |

                    /s/ *Adolfo Ruiz*
               ADOLFO RUIZ